I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL TT
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6·22·12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE DAVIS, <br><br> Plaintiff, <br><br> vs. <br><br> CAROL BRADSHAW, <br><br> Defendant. | Case No. EDCV 10-1159-CBM (RNB) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. he Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendant's Motion for Summary Judgment is granted; and (2) Judgment be entered dismissing this action with prejudice.

DATED: 6/19/2012

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE