I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _6·22·12_

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE DAVIS,<br><br>       Plaintiff,<br><br>  vs.<br><br>CAROL BRADSHAW,<br><br>       Defendant. | Case No.  EDCV 10-1159-CBM (RNB)<br><br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: _6/19/2012_

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE